998 F.2d 1003
 Gaddie (Daniel), Cox (Virginia), Ford (Robert, Gwendolyn),
Zachary (Myra, Carol, Thomas)
v.
City of Philadelphia, Commonwealth of Pennsylvania, Goode
(W. Wilson), Brooks (Leo A.), Sambor (Gregore J.), Doe
(John, Richard, Robert), Richmond (William B., Fire
Commissioner), Reed (Richard L.) v. James (Louise), Estate
of Africa (Frank James), Africa (Ramona Johnson, Alphonso
Robbins); Mapp (Thomas, Sr., Betty J.), Bond (Clifford M.,
Sr., Lorraine), Mattaway (Samuel H.,
 NO. 92-1873
 United States Court of Appeals,
Third Circuit.
 June 09, 1993
 
 Appeal From: E.D.Pa.,
 Pollak, J.
 
 
 1
 AFFIRMED.